IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER COX, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>STONE RIDGE AT VININGS, LLC; THE CONNOR GROUP, A REAL ESTATE INVESTMENT FIRM, LLC; and HEARTLAND REGIONAL POWER COMPANY, LLC.<br><br>       Defendants. | CASE NO.: 1:12-cv-02633-AT |

**JOINT MOTION FOR EXTENSION OF TIME TO CONDUCT COURT ORDERED MEDIATION**

Plaintiff, Christopher Cox ("Plaintiff") and Defendants Stone Ridge at Vinings, LLC ("Stone Ridge") and The Connor Group, a Real Estate Investment Firm, LLC ("The Connor Group") (collectively the "Defendants"), by and through counsel submit this Joint Motion for Extension of Time to Conduct Court Ordered Mediation and in support thereof state:

1. Pursuant to this honorable Court's Order of September 30, 2014, the Parties are to parties schedule and conduct a mediation before Magistrate Judge

Gerrilyn G. Brill within forty-five (45) days of the date of the Order, that is, on or before November 14, 2014.  [Docket No. 143].

2. Due to a number of factors, including Attorney Rachel Soffin for the Plaintiff being on maternity leave and also the need to clear the date with the necessary representatives for Defendant, the earliest date the parties could schedule a mediation in this matter before the Magistrate is on December 19, 2014.  [Docket No. 144].

WHEREFORE, the parties respectfully request this Court extend the time for the parties to conduct the court ordered mediation to December 19, 2014.

Respectfully submitted this 5th day of November, 2014.

| | |
|---|---|
| **MORGAN & MORGAN COMPLEX LITIGATION GROUP** | **HAWKINS PARNELL THACKSTON & YOUNG**LLP |
| */s/* J. Andrew Meyer | */s/* E. Tyron Brown |
| Rachel Soffin | E. Tyron Brown |
| Georgia Bar No. 255074 | Georgia Bar No. 086979 |
| Florida Bar No. 0018054 | tbrown@hptylaw.com |
| rsoffin@forthepeople.com | H. Lane Young |
| J. Andrew Meyer | Georgia Bar No. 781950 |
| Florida Bar No. 0056766 | lyoung@hptylaw.com |
| ameyer@forthepeople.com | Willie C. Ellis |
| 201 North Franklin Street | Georgia Bar No. 246116 |
| 7th Floor | wellis@hptylaw.com |
| Tampa, Florida33602 | 4000 SunTrustPlaza |
| Telephone:  (813) 223-5505 | 303 Peachtree Street, N.E. |
| Facsimile:  (813) 222-4730 | Atlanta, Georgia 30308 |
| | Telephone:  (404) 614-7400 |
| *Counsel for Plaintiffs* | Facsimile:  (404) 614-7500 |
| | *Counsel for Defendants Stone Ridge At* |

*Vinings, LLC and The Connor Group, A Real Estate Investment Firm, LLC*

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1(C)

I hereby certify that the foregoing JOINT MOTION FOR EXTENSION OF TIME TO CONDUCT COURT ORDERED MEDIATION has been prepared in a Times New Roman 14 point font, one of the font and point selections approved by the Court in Local Rule 5.1(C).

/s/ J. Andrew Meyer

### CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November, 2014, a copy of the foregoing JOINT MOTION FOR EXTENSION OF TIME TO CONDUCT COURT ORDERED MEDIATION was served via CM/ECF upon all attorneys of record.

/s/ J. Andrew Meyer