# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:12-cv-02633-AT
### Cox v. Stone Ridge at Vinings, LLC et al
### Honorable Gerrilyn G. Brill

Minute Sheet for proceedings held In Open Court on 12/19/2014.

TIME COURT COMMENCED: 9:39 A.M.
TIME COURT CONCLUDED: 3:33 P.M.     TAPE NUMBER: FTR
TIME IN COURT: 5:54                 DEPUTY CLERK: Dana Grantham
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Ernest Brown representing Stone Ridge at Vinings, LLC |
| | Ernest Brown representing The Connor Group, A Real Estate Investment Firm, LLC |
| | J. Meyer representing Christopher Cox |
| | Rachel Soffin representing Christopher Cox |
| OTHER(S) PRESENT: | Christopher Cox |
| | Insurance Representatives |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | Judge Brill held a mediation with the parties. The case settled. |